UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JAMAL PAYNE,**<br><br>                **Defendant.** | **Crim. Action No.: 1:25CR147** |

### MOTION FOR COURT ORDER DIRECTING U.S. MARSHAL SERVICE TO TRANSPORT JAMAL PAYNE TO CTF FORTHWITH

Comes now, Jamal Payne, through counsel, and moves this Court to direct the U.S. Marshal Service to transport Mr. Payne back to the District of Columbia forthwith.

As the Court is aware, following the Sentencing Hearing in this matter, Jamal Payne was inexplicably transported out of D.C. Jail to a jail outside the district, despite the fact that the Court continued the Sentencing Hearing. Mr. Payne is not appearing in the Bureau of Prisons inmate locator.

Counsel has learned through Mr. Payne's mother that Mr. Payne was transported to a facility in Kentucky where, upon information and belief, he is not housed on a medical unit. Upon information and belief, the closest hospital is 30 minutes away. Finally, he was unable to charge his LVAD device yesterday because he was not given an extension cord. As the Court is aware, the LVAD pumps blood through his heart. Mr. Payne's mother is obviously concerned about what will happen if the device is not charged. It appears that this move is placing Mr. Payne is grave danger. For the reasons herein and the record in this case, counsel moves the Court to intervene and to order the U.S. Marshal Service to bring Mr. Payne back to the Central Treatment Facility (CTF) without delay.

                                Respectfully submitted,

A. J. Kramer
Federal Public Defender

_____/s/_____
Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004
(202) 208-7500